UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DENNIS BOWMAN, individually,<br><br>Plaintiff,<br><br>v.<br><br>CHASE BANK USA, N.A., a Delaware corporation,<br><br>Defendants. | Case No. 3:17-CV-00373<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Plaintiff Dennis Bowman and Defendant Chase Bank USA, N.A., by and through their respective counsel, that the above-entitled matter be dismissed in its entirety, with prejudice, with each party to bear its own attorney fees and costs of suit incurred herein.

Dated: January 12, 2018.

ALLING & JILLSON, LTD.

_____
Richard J. McGuffin, NV Bar #12819
276 Kingsbury Grade, Suite 2000
P.O. Box 3390
Lake Tahoe, Nevada 89449-3390
Telephone: (775) 588-6676
Email: rmcguffin@ajattorneys.com
*Attorneys for Plaintiff*

Dated: January 16, 2018.

PARSONS BEHLE & LATIMER

_____
Karl Y. Olsen, NV Bar #6767
50 W. Liberty Street, Suite 750
Reno, Nevada 89501
Telephone: (775) 323-1601
Email: karlolsen@parsonsbehle.com
*Attorneys for Defendant*

SEE ORDER NEXT PAGE

**O R D E R**

**IT IS SO ORDERED.**

DATED this 18th day of January, 2018.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE